UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NE WYORK

—————————————————————x

RAYMOND W. ACOLLA,

        Plaintiff Pro Se,

    -against-                    08 Civ. 7780 (CM)

UNITED STATES GOVERNMENT et al.,

        Defendants.

—————————————————————x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3 26 09
```

## ORDER

McMahon, J.:

       I have received a document called "Answer in Response to Defendants Response." it appears to be some sort of answer to the answer filed by defendants. The Federal Rules of Civil Procedure do not call for such a pleading and plaintiff had no need to file it.

       However, upon review, it may be that this pleading should be construed as a motion for a default judgment aginst the defendants, or at least as against the Westchester Medical Center. If so, the motion is DENIED. The court is not prepared to enter a default as to any defendant.

       The case will be conferenced on _____April 3, 2009_____ at ___10:00 am___. As plaintiff is incarcerated in Butner, NC, he will participate by telephone.

Dated: March 26, 2009

                                 _____
                                     U.S.D.J.

BY FIRST CLASS MAIL TO PLAINTIFF AND ALL COUNSEL

copies mailed/faxed/handed to counsel on 3 26 09