UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymond Accolla,

                Plaintiff,

v.

United States Government, et al.,

                Defendant.

08 CV 7780 (CM) (RLE)

CALENDAR NOTICE

Please take notice that the above captioned has been scheduled for:

___ Pre-trial conference     ___ Motion conference     ___ Oral argument
___ Settlement conference     ___ Plea Hearing     ___ Sentencing
___ Rule (16) conference     ___ Final pre-trial conference
_X_ **Telephone Conference**     ___ Jury Selection and Trial
___ Non-Jury Trial

**before the Honorable Colleen McMahon, United States District Judge, on   10 /15 /09**

at ___11 :30___ am, in courtroom 14C, at the U. S. District Courthouse, 500 Pearl Street,

**New York, New York 10007.**

Since plaintiff is incarcerated, the Government is to initiate the call with prison officials. Should you have any questions, please call my chambers at (212) 805-6325.

Dated: August 10, 2009
New York, New York

                                       Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09

Copies mailed/faxed/handed to counsel on 8/10/09